**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANTHONY WESTON, | Civil No. 25-1718 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JESSICA PETES, | |
| Defendant. | |

Anthony Weston, 90478, St. Louis County Jail, 4334 Haines Rd, Duluth, MN 55811, *pro se* plaintiff.

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce Foster. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon Judge Foster's Report and Recommendation, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

DATED: August 8, 2025           s/John R. Tunheim
at Minneapolis, Minnesota.        JOHN R. TUNHEIM
                                 United States District Judge